UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Freda M. Channelle**                     Case No.  11-80706
                                           Chapter   13

Social Security No. xxx-xx-2439
Address:1206 Fleetwood St., Durham, NC 27701-

                              Debtor

## OBJECTION TO CLAIM

**NOW COMES** the Debtor above-named, through counsel, pursuant to 11 U.S.C. §502 and Bankruptcy Rule 3007, who respectfully objects to the proof of claim filed by the creditor HSBC MORTGAGE SERVICES, INC. and dated June 6, 2011, for the following reasons:

1.  The Proof of Claim asserts a monthly on-going paymnet of $712.96.

2.  The last statements the Debtor received from HSBC Mortgage Services, Inc., by way of its affiliate/subsidiary Beneficial, asserted a monthly payment of $527.07, as evidenced by the attached statement, attached hereto and incorporated by reference as Exhibit A.

**WHEREFORE**, the Debtor prays that the Court enter an Order reducing the claim to the sum of $572.07 .


Dated: July 13, 2011

                              **LAW OFFICES OF JOHN T. ORCUTT, P.C.**

                              /s Edward Boltz
                              Edward Boltz
                              N.C. State Bar No. 23003
                              6616-203 Six Forks Road
                              Raleigh, N.C.  27615
                              (919) 847-9750

claimomd.wpt (rev. 9/28/10)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Freda M. Channelle**

Case No. 11-80706
Chapter 13

Social Security No. xxx-xx-2439
Address:1206 Fleetwood St., Durham, NC 27701-

Debtor

## CERTIFICATE OF SERVICE

I, Renee Nolte, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on July 13, 2011. I served copies of the foregoing **OBJECTION TO CLAIM** electronically or, when unable, by regular first-class U.S. mail, addressed to the following parties:

HSBC MORTGAGE SERVICES, INC.
**Attn: Managing Agent**
Attn: Managing Agent
Post Office Box 21188
Eagan, MN 55121-

U.S. Bankruptcy Administrator


Richard M. Hutson, II
Chapter 13 Trustee

/s Renee Nolte
Renee Nolte