UNITED STATE BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

| | | |
|---|---|---|
| IN RE: | ) ) | |
| FREDA ELAINE CHANNELLE | ) | CASE NO. 11-80706 |
| DEBTOR | ) ) | CHAPTER 13 |

### RESPONSE TO DEBTOR'S OBJECTION TO CLAIM

**COMES NOW** HSBC Mortgage Services, Inc (hereinafter "Creditor") a secured creditor, by and through counsel, Brock and Scott, PLLC, hereby responds by requesting this matter be heard at the scheduled hearing.

This, the 29th day of July, 2011

BROCK AND SCOTT, PLLC

/s/Sean M. Corcoran
Sean M. Corcoran
Attorney for Creditor
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217
(704) 369-0676
State Bar Number 33387

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|  | ) |  |
|---|---|---|
| IN RE: | ) |  |
| FREDA ELAINE CHANNELLE | ) | CASE NO. 11-80706 |
| DEBTOR | ) | CHAPTER 13 |
|  | ) |  |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that he/she is over eighteen (18) years of age and that the response in the above captioned case were this day served upon the below named persons by mailing, postage prepaid, first class mail a copy of such instrument to each person(s), parties, and/or counsel at the addresses shown below:

Freda Elaine Channelle
1206 Fleetwood Street
Durham, NC 27701

Mr. John T Orcutt
6616 Six Forks Road
Suite 203
Raleigh, NC 27615

Mr. Richard M. Hutson, II
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702

This 29th day of July, 2011.

    Brock and Scott, PLLC

    /s/ Sean M. Corcoran
    Sean M. Corcoran
    Attorney for Creditor
    Brock & Scott, PLLC
    5121 Parkway Plaza Drive, Suite 300
    Charlotte, NC 28217
    (704) 369-0676
    Bar No.: 33387