UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Freda Elaine Channelle**

Case No. 11-80706
Chapter 13

Social Security No.: xxx-xx-2439
Address: 1206 Fleetwood Street, Durham, NC 27701

Debtor

### MOTION FOR AUTHORITY TO TRANSFER TITLE

**NOW COMES** the Debtor, by and through the undersigned attorney, pursuant to Sections 1303 and 363 of the Bankruptcy Code, requesting permission to transfer title to a vehicle, and also requesting approval of an attorney fee, and in support thereof, shows unto the Court as follows:

1. Debtor has filed a petition for relief in bankruptcy under Chapter 13 of the United States Code on April 28, 2011.

2. This motion is being made so that the Debtor may transfer her interest in a 2002 Buick LeSabre to the co-owner Michael Platt.

3. The Debtor's interest in said property is listed on Schedule B of the petition filed in this case.

4. The fair market value of the property is $4,320.00. Wells Fargo has a lien on the property in the approximate amount of $4,166.00.

4. That the Debtor believe the proposed transfer to be in the best interest of the Debtor for the following reasons:

    a. The Debtor has does not use the vehicle.
    b. Monthly payments and insurance have always been maintained by the co-signer Michael Platt.
    c. Co-signer Michael Platt maintains use and possession of the vehicle and now wishes to refinance the vehicle in his own name. The proposed transfer will enable him to do so.

5. The proposed transfer will not affect the ability of the Debtor to successfully complete the Chapter 13 plan.

6. The proposed transfer does not adversely affect the interests of the bankruptcy estate.

7. That $250.00 is the reasonable value of the services provided and to be provided by the undersigned attorney for counseling the Debtor concerning the proposed transfer, and gathering information necessary to draft this motion

**WHEREFORE**, the Debtor respectfully prays that the Court allow the transfer of of the subject vehicle, approve payment of the attorney fee through the Debtor's Chapter 13 plan , and grant such other and further relief as to this Court seems just and proper.

Dated: August 31, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s Edward Boltz
Edward Boltz
N.C. State Bar No.:23003
1738-D Hillandale Rd.
Durham, N.C. 27705
(919) 286-1695

(channelle 11-80706 motion to transfer title.wpd rev. May 19, 2010)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

**Freda Elaine Channelle**

Case No. 11-80706
Chapter 13

Social Security No.: xxx-xx-2439
Address: 1206 Fleetwood Street, Durham, NC 27701

Debtor

### CERTIFICATE OF SERVICE

I, Renee Nolte, of the Law Offices of John T. Orcutt, P.C., certify, under penalty of perjury, that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on August 31, 2011, I served copies of the **Motion for Authority to Transfer Title** electronically or when unable by regular U.S. mail, upon the following parties (names and addresses):

Richard M. Hutson, II
Chapter 13 Trustee
Post Office Box 3613
Durham, NC 27702

Michael West
Bankruptcy Administrator
Post Office Box 1828
Greensboro, NC 27402

Freda Elaine Channelle
1206 Fleetwood Street
Durham, North Carolina 27701


All creditors with duly filed claims as indicated on the Trustee's Report of Filed Claims.

/s Renee Nolte
Renee Nolte